**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAIME ALBERTO MARTINEZ,<br><br>     Petitioner,<br><br>  v.<br><br>F. GONZALES,<br><br>     Respondent. | NO. CV 08-5038-VAP(E)<br><br><br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: _September 22, 2009

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE